AO 199A (Rev. 12/11- EDCA [Fresno]) Order Setting Conditions of Release- Misd.

# UNITED STATES DISTRICT COURT
for the
## Eastern District of California

**FILED**
APR 4 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA,   )
   )
v.   )
   )   Case No. 6:16-po-00286 MJS
MACK C. MASON   )

## ORDER SETTING CONDITIONS OF RELEASE
(Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall notify the Court and defendant's counsel of any change of address; and

(4) The defendant must appear at: __U.S. District Court, Yosemite, CA__
   *Place*

   __Before Magistrate Judge Seng__
   on _____ __Wednesday, June 7, 2017 at 10:00 a.m__
   *Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: __4-4-2017__         _____
                                   *Defendant's signature*

Date: __4-4-2017__         _____
                                   *Judicial Officer's Signature*

                           __Sheila K. Oberto, U.S. Magistrate Judge__
                                   *Printed name and title*